UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL DAVIS JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAISY SINNGH, et al.,<br><br>　　　　Defendants. | Case No. 4:18-cv-07771-KAW<br><br>**ORDER ISSUING SUMMONS AND ORDERING SERVICE OF THE FIRST AMENDED COMPLAINT; ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Dkt. No. 9 |

The Court previously granted Plaintiff's application to proceed in forma pauperis, but issued a screening order requiring Plaintiff to file a first amended complaint to provide a basis for the federal court's jurisdiction. (Dkt. No. 8.) Thereafter, Plaintiff filed a first amended complaint (Dkt. No. 9), which has been found to comply with 28 U.S.C. § 1915. Accordingly, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the first amended complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit, and this order upon the defendants.

Additionally, the case management conference set for July 9, 2019 is continued to **October 29, 2019** at 1:30 p.m., U.S. District Court, 1301 Clay Street, Oakland, California. The case management statements are due on or before October 22, 2019.

Dated: July 1, 2019

　　　　　　　　　　　　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge