UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL DAVIS JONES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAISY SINNGH, et al.,<br><br>　　　　　Defendants. | Case No. 4:18-cv-07771-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 21 |

On January 28, 2020, the Court held a case management conference, where Plaintiff Al Davis Jones did not appear. The Court notes that Plaintiff did not file a case management statement 7 days prior to the case management conference as required by the undersigned's standing order. (*See* Judge Westmore's Standing Order ¶ 8.)

The Court further notes that the summonses were returned unexecuted, because the U.S. Marshal was unable to locate the out-of-state defendants, who are accused of defrauding Plaintiff. While the Court has no reason to doubt the truthfulness of Plaintiff's allegations, procedurally, the case cannot go forward at this time, because Plaintiff cannot obtain a valid judgment against non-appearing parties who have not been served.

Nonetheless, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than **February 24, 2020**, why the case should not be dismissed for failure to prosecute. Alternatively, Plaintiff may file a voluntary dismissal.

Failure to timely respond to this order to show cause may result in this case being reassigned to a district judge with the recommendation that it be dismissed for failure to prosecute.

In responding to this order to show cause, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-

8982. Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: *http://cand.uscourts.gov/proselitigants*.

IT IS SO ORDERED.

Dated: February 3, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge