UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL DAVIS JONES,<br>　　　　　Plaintiff,<br>　　v.<br>DAISY SINNGH, et al.,<br>　　　　　Defendants. | Case No. 4:18-cv-07771-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 22 |

On January 28, 2020, the Court held a case management conference, where Plaintiff Al Davis Jones did not appear. Plaintiff also did not file a case management statement 7 days prior to the case management conference as required by the undersigned's standing order. (*See* Judge Westmore's Standing Order ¶ 8.)

On February 3, 2020, Plaintiff was ordered to show cause by February 24, 2020 why the case should not be dismissed for failure to prosecute. (Dkt. No. 22 at 1.) Plaintiff was cautioned that the "[f]ailure to timely respond to this order to show cause may result in this case being reassigned to a district judge with the recommendation that it be dismissed for failure to prosecute." *Id.* Plaintiff was referred to the Federal Pro Bono Project's Help Desk for assistance in responding to the order to show cause. *Id.* at 1-2. Plaintiff was advised that the summonses were returned unexecuted, because the U.S. Marshal was unable to locate the out-of-state defendants, who are accused of defrauding Plaintiff, and that, procedurally, the case cannot go forward at this time, because Plaintiff cannot obtain a valid judgment against non-appearing parties who have not been served. *Id.* at 1.

To date, Plaintiff has not filed a response to the order to show nor has he filed a voluntary dismissal.

Accordingly, the Court issues a SECOND ORDER TO SHOW CAUSE, and Plaintiff is ordered to respond in writing, by no later than **March 20, 2020**, why the case should not be dismissed for failure to prosecute. Alternatively, Plaintiff may file a voluntary dismissal.

Failure to timely respond to this order to show cause <u>will</u> result in this case being reassigned to a district judge with the recommendation that it be dismissed for failure to prosecute.

In responding to this order to show cause, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982. Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: *http://cand.uscourts.gov/proselitigants*.

IT IS SO ORDERED.

Dated: March 3, 2020

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge